Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.: 19−22097−JKS
                      Chapter: 13
                      Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Eilene DaSilva
    81 Chestnut Street
    Livingston, NJ 07039

Social Security No.:
    xxx−xx−8126

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/18/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 18, 2019
JAN: rah

                                                                  Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 19-22097-JKS
Eilene DaSilva                                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 18, 2019
                              Form ID: 148             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.
```
db          +Eilene DaSilva,    81 Chestnut Street,    Livingston, NJ 07039-5514
cr          +ALDRIDGE PITE, LLP,    Attn: Jenelle C. Arnold,    4375 Jutland Drive, Suite 200,
             P.O. Box 17933,    San Diego, CA 92177-7921
518307859   +Bayview Loan,    PO Box 650091,    Dallas, TX 75265-0091
518307860   +Bayview Loan Servicing,    PO Box 3042,    Milwaukee, WI 53201-3042
518307867   +Bayview Loan Servicing LLC,    PO Box 331409,    Miami, FL 33233-1409
518307868   +Ditech,    PO Box 8172,    Rapid City, SD 57709-8172
518307869   +Ditech,    PO Box 7169,    Pasadena, CA 91109-7169
518307871   +Ditech Home Loans,    PO Box 8172,    Rapid City, SD 57709-8172
518307872   +Ditech Mortgae,    PO Box 8172,    Rapid City, SD 57709-8172
518366493   +Ironbound Sports Complex, Inc.,    440 Baldwin Road,    Maplewood, NJ 07040-1424
518307876   +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
518307877   +KML Law Group PC,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
518307883   +KML Law Group PC Esq.,    216 Hadden Avenue,    Suite 406,    Collingwood, NJ 08108-2812
518420744   +THE BANK OF NEW YORK MELLON,    Bayview Loan Servicing, LLC,
             4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables FL 33146-1837
518334825   +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     c/o Jenelle C. Arnold, ALDRIDGE PITE, LL,
             4375 Jutland Drive, Suite 200,    P.O. Box 17933,    San Diego, CA 92177-7921
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2019 23:47:46     U.S. Attorney,   970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2019 23:47:45     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
             Newark, NJ 07102-5235
518307861   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 18 2019 23:47:58
             Bayview Loan Servicing,    62516 Collection Center Drive,    Chicago, IL 60693-0001
518307863   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 18 2019 23:47:58
             Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd.,    5th Floor,   Miami, FL 33146-1837
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:
```
          Denise E. Carlon   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-17T1) dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz   on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2006-17T1) rsolarz@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```