Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 19−22097−JKS
> Chapter: 13
> Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Eilene DaSilva
  81 Chestnut Street
  Livingston, NJ 07039

Social Security No.:
  xxx−xx−8126

Employer's Tax I.D. No.:

**FINAL DECREE**

  The estate of the above named debtor(s) has been fully administered.

  If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

  ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 8, 2020          John K. Sherwood
                Judge, United States Bankruptcy Court